# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0246.  DONNA WILKERSON v. JERRY WEVER.**

Following the trial court's denial of her extraordinary motion for new trial and motion to set aside the divorce decree, Donna Wilkerson filed an application for discretionary review. After considering the merits of the application, we conclude that Wilkerson has failed to carry her burden of showing that the application should be granted because she has not shown that reversible error appears to exist or that the establishment of a precedent or further development of the common law is desirable. See Court of Appeals Rule 31 (b). For this reason, her application is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/09/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*, Clerk.*